# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUSVIN SAMUEL CORDOVA IXTABALAN, : <br>     Plaintiff, : <br> : <br> v. : <br> : <br> JAMAL L. JAMISON, et al., : <br>     Defendants. : | Civil No.: 2:26-cv-00956 |

## ORDER

**AND NOW**, this 24th day of February, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) and the Government's Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 3), **IT IS HEREBY ORDERED** that Petitioner may file a Reply Brief addressing (1) whether Petitioner is an "applicant for admission" that is "seeking admission; and (2) whether Petitioner must be detained under 8 U.S.C. § 1225(b)(2)(A). Petitioner's Reply Brief, if any, shall be filed on or before **February 27, 2026**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge